| Return |||
|---|---|---|
| Case No.: Magistrate No. 21-578 | Date and time warrant executed: 03/18/21 @ 8:10AM | Copy of warrant and inventory left with: Left at residence |
| Inventory made in the presence of: FBI |||
| Inventory of the property taken and name(s) of any person(s) seized: See attached FD-597 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/23/21

_Sarah Snyder_
Executing officer's signature

SA Sarah Snyder
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # P6-3390743

On (date) 3/18/21

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Jenifier Heinl
(Street Address) 154 Curtis Court
(City) Pittsburgh PA 15237

Description of Item(s):
① Iphone
② HP Pavilion model RTL88 21CE
③ Trump Jersey
④ Boots
⑤ Green Pants
⑥ Trump Hat

Received By: (Signature) Special Agent

Received From: (Signature)